Rifkin v Apple Computer (2023 NY Slip Op 50994(U))

[*1]

Rifkin v Apple Computer

2023 NY Slip Op 50994(U)

Decided on September 21, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 21, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, James, JJ.

570708/23

Lisa Rifkin, Plaintiff-Appellant,
against
Apple Computer, Defendant-Respondent.

Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Kim M. Parker, J.), dated May 18, 2022, which granted defendant's motion to dismiss the action pursuant to CPLR 3211(a)(5).

Per Curiam. 
Order (Kim M. Parker, J.), dated May 18, 2022, affirmed, without costs.
Our review of the record satisfies us that the dismissal of plaintiff's claim achieved substantial justice between the parties consistent with substantive law principles (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). Plaintiff's claim was barred by the six-year statute of limitations governing breach of contract actions (see CPLR 213[2]). Under the terms of the parties' August 2012 agreement, plaintiff became entitled to a $3,200 gift card from defendant on September 5, 2013, when certain repair work on her computer was completed. Since plaintiff did not commence this action until August 10, 2020, the claim was time-barred. The statute of limitations begins to run on a contractual claim for the payment of a sum of money when the party that is owed money had the right to demand payment, not when it actually makes the demand (see Sotheby's, Inc. v Mao, 173 AD3d 72, 78 [2019], lv denied 34 NY3d 902 [2019]).
We have considered plaintiff's remaining contentions and find them to be without merit. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 21, 2023